IN THE MATTER OF THE PETITION OF REUBEN H. CUDLIFF
TO BE MADE A PARTY PLAINTIFF.

Argued December 3, 1878; decided December 10, 1878.)

*E. J. Spink* for appellant.

*Beach & Brown* for respondent.

AGREE to dismiss appeal without opinion.
All concur.
Appeal dismissed.

---

MARIA ALGIE, Appellant, *v.* FERNANDO WOOD, Respondent.

Argued December 2, 1878; decided December 10, 1878.)

*W. McDermot* for appellant.

*Ira Shafer* for respondent.

AGREE to dismiss appeal without opinion.
All concur, except CHURCH, Ch. J., absent.
Appeal dismissed.